# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER D. MACK,
                Appellant,

vs.

DWIGHT NEVEN, WARDEN,
                Respondent.

No. 74587

**FILED**

MAR 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order resolving a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court granted appellant the relief he requested. Thus, appellant is not aggrieved by the order. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Linda Marie Bell, District Judge
       Christopher D. Mack
       Attorney General/Carson City
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-11200